IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

KRISTINA DELUCENAY, individually and on behalf of all others similarly situated,

   *Plaintiff*,

vs.

LE BATTLE CREEK, INC. D/B/A DOJA, a Michigan Corporation,

   *Defendant*.
_____/

**CLASS ACTION**

Case No. 1:20-cv-00957

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

Plaintiff, Kristina Delucenay, by and through undersigned counsel, hereby gives notice that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within twenty (20) days.

Date: November 11, 2020

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

*Counsel for Plaintiff and the Class*

<u>**CERTIFICATE OF SERVICE**</u>

   I hereby certify that on November 11, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

Respectfully submitted,

            **SHAMIS & GENTILE, P.A.**
            14 NE 1st Ave., Suite 705
            Miami, FL 33132
            Telephone (305) 479-2299
            Facsimile (786) 623-0915
            Email: efilings@shamisgentile.com

By:  */s/ Andrew J. Shamis*
     Andrew J. Shamis, Esq.
     Florida Bar # 101754

     *Counsel for Plaintiff and the Class*