## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| KRISTINA DELUCENAY, individually and on behalf of all others similarly situated, | **CLASS ACTION** |
| *Plaintiff*, | **Case No. 1:20-cv-00957** |
| vs. | **JURY TRIAL DEMANDED** |
| LE BATTLE CREEK, INC. | |
| *Defendant*. _____/ | |

## **NOTICE OF DISMISSAL WITH PREJUDICE**

Plaintiff, Kristina Delucenay, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), does hereby dismiss this this action as follows:

1. All claims of the Plaintiff, Kristina Delucenay, individually, are hereby dismissed with prejudice.

2. All claims of any unnamed member of the alleged class are hereby dismissed without prejudice.

Date: December 01, 2020

Respectfully Submitted,

**Shamis & Gentile, P.A.**
/s/ Andrew J. Shamis
Andrew J. Shamis, Esq.
Florida Bar No. 101754
ashamis@shamisgentile.com
14 NE 1st Avenue, Suite 705
Miami, FL 33132
Telephone: 305-479-2299

## CERTIFICATE OF SERVICE

I hereby certify that on December 01, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

    Respectfully submitted,

**SHAMIS & GENTILE, P.A.**
14 NE 1st Ave., Suite 705
Miami, FL 33132
Telephone (305) 479-2299
Facsimile (786) 623-0915
Email: efilings@sflinjuryattorneys.com

By:   */s/ Andrew J. Shamis*
     Andrew J. Shamis, Esq.
     Florida Bar # 101754

*Counsel for Plaintiff and the Class*